IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHY POOL,

   Plaintiff,

    v.

BANK OF AMERICA, NA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-3158-TWT

### ORDER

This is an action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the Complaint for failure to comply with the Magistrate Judge's order to replead. After the Report and Recommendation was issued, the Plaintiff filed a response to the Defendant's Motion to Dismiss. The response fails to replead in compliance with the Magistrate Judge's order. I approve and adopt the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 30 day of November, 2010.

                      /s/Thomas W. Thrash
                      THOMAS W. THRASH, JR.
                      United States District Judge